```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney                    JS - 6
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    Special Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 151792
 7     Federal Courthouse, 14th Floor
       312 North Spring Street
 8     Los Angeles, California 90012
       Telephone:  (213) 894-6528
 9     Facsimile:  (213) 894-7177
       Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>REAL PROPERTY LOCATED IN<br>LOS ANGELES, CALIFORNIA<br>(CHARLES OCIE WRIGHT),<br><br>　　　　　　Defendant.<br>_____<br>CHARLES OCIE WRIGHT, et al.,<br><br>　　　　　　Claimants.<br>_____ | NO.  CV 08-3588 CAS (RZx)<br><br>~~[PROPOSED]~~<br>**ORDER GRANTING REQUEST FOR**<br>**VOLUNTARY DISMISSAL WITHOUT**<br>**PREJUDICE** |

After consideration of the parties' stipulation and request for voluntary dismissal without prejudice, and good cause appearing therefor, the Court hereby approves the stipulation and

1  grants the parties' request.  Pursuant to FRCP 41(a)(ii), this

2  action is hereby DISMISSED WITHOUT PREJUDICE.

3       IT IS SO ORDERED.

5  DATED: April 28, 2009             _____
                                     THE HON. CHRISTINE A. SNYDER
6                                    UNITED STATES DISTRICT JUDGE

9  PRESENTED BY:

10 THOMAS P. O'BRIEN
   United States Attorney
11 CHRISTINE C. EWELL
   Assistant United States Attorney
12 Chief, Criminal Division
   STEVEN R. WELK
13 Assistant United States Attorney
   Chief, Asset Forfeiture Section

15 _____
   LISABETH SHINER
16 Special Assistant United States Attorney

17 Attorneys for Plaintiff
   United States of America

2